NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEN OF STEEL REBAR FABRICATORS, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>COLLAVINO CORP.,<br><br>                     Defendant. | Civil Action No. 16-8826 (SDW) (LDW)<br><br>**ORDER**<br><br>July 11, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") issued on June 20, 2017 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Defendant's Motion to Dismiss be denied. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 17) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED.**

                                                             s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:    Parties
       Magistrate Judge Wettre